

**U.S. Department of Justice**
Office of the United States Trustee
*Southern District of New York*

Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
Phone: (212) 510-0500

December 6, 2024

**VIA E-Mail & ECF**
Judge Sean H. Lane
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

Re:     **Harrington v. Manchanda, Adversary Case No. 24-07009 (SHL)**

Dear Judge Lane:

On November 4, 2024, the Court entered a scheduling order in this adversary proceeding relating to the United States Trustee's summary judgment motion (the "Scheduling Order") [ECF No. 29). The Scheduling Order allows, but does not require, the United States Trustee to file a reply to any objection filed by the Debtor.

The Court is advised that the United States Trustee does not intend to file a reply to the Debtor's Reply Affirmations [ECF Nos. 33 and 34].

Therefore, unless the Court has further questions for the parties, the Court should consider the matter fully submitted.

Respectfully,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:     */s/ Greg M. Zipes*
        Greg M. Zipes
        Trial Attorney

cc: Rahul Dev Manchanda